

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00337-CV

In the Interest of E.M. and F.M. § From the 231st District Court

§ of Tarrant County (231-405302-06)

§ October 23, 2014

§ Opinion by Chief Justice Livingston

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that appellant Mother, M.G., shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Terrie Livingston_

Chief Justice Terrie Livingston